Clerk. U.S. District Court
700 Stewart street, suite 2310 Seattle WA 98101-1271
United states district court of washington

3-30-2023

Deshonnie ucery Johnson

vs

pierce county Judicial system

Defense

F10.01-1 complaint in an action to enjoin enforcement of prison regulation restricting attorney client conferences B alleging civil rights violations

1. Subject matter Jurisdiction is conferred upon this court by the provision of 28 U.S.C § 1343 § 1331

2. Here provided is an affadavit of allegation B the case law to support the reasons B Report of this violation

FILED
LODGED
RECEIVED
MAIL
APR 05 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

(Affadavit)

It is said That the omnibus hearing is a procedural right & not a constitutional one

but because the omnibus hearing effect multiple constitutional libertys citing omnibus rule 4.5

(i) ensure the standards regarding provision of counsel have been complied with

and that standard is (effective counsel) 6 amendment & 14 amendment

as well as omnibus 4.5

(iv) as certain, wheather there are any (procedural) or (constitutional) issues which should be considered

and if procedural issues effect constitutional issues they must be analyzed by constitutional terms, citing

Arnett v Kennedy 416 us 314

The view misconcieves The orgin of the Right to procedural due process (the Right is conffered not by Legislative grace but by constitutional guarantee) while the legislative may elect not to confer a property (or liberty intrast) once conffered with appropriate procedural safe guards cases have concistently recognized the adevocy of statutory procedures for depravation of a statutory created property (or liberty interest) must be analyzed by constitutional terms

not covid terms or the interpritation of procedural safties established by the court but by constitutional terms, simply because the county feels that they have emplimented safeguards that do not diminish constitutional Law citing logan v. Zimmerman Brash co 453

HN3 because minnimum procedural requirements are a matter of federal law they are not diminshed by the fact that the state may have specified its own procedural that it may deem adequate for determining the preconditions to oversee offical action

as well as Rose v village of peninsula 839 F supp 517

HN7

one of the rights in a substantive component of the fourteenth amendment guarantees of due process of law is freedom from physical Restraint Reno v flores 123 L ed 2d ...

and because were being Restrained to attend the omnibus hearing that the very language demand presence of defense to voice on record a opportunity to confest or object to the waiver in procedural due process or constitutional Rights the Judical system in pierce county is trully citing omnibus Rule 4.5

(F) Record A verbatim record (electronic machanical or otherwise) shall be mad of all proceedings at the hearing

the right to fair trial, the right to effective counsel, the right to speedy trial the substantive value of procedural

due process, the constitutional Right the omnibus hearing by very definition demands defendents presence

omnibus — covering all important points

important — having great meaning or lasting effects

hearing — an opprtunity to be heard, on apperance before a Judge

In hoblen v hardy 169 us 366 389

The neccessity of due notice & an opportunity of being heard is described as among the immutable principle of Justice which inhere in the very idea of free government which (no member of the union may disregard) and mr Justice field in an earlier case Galpin v page 16 wall 350 308-369 said that the rule that on one shall be personally bound untill he has & it meant that he (must be cited to appear & afforded an oppurtunity to be heard) Judgment

and because motions are heard & submitted at an omnibus hearing & those decisions are binding in a trial citing

9.06 Washington criminal Law

The rule expressly states that failur to raise or give notice of an issue of which the party concerned has knowledge may constitute waiver of such error or issue

and these include procedural issue & constitutional ones as cited above in omnibus Rule that effect our Right to a fair trial in the substantive componet to perinsula 839 F supp 517

HN7 acknowliding the exstance of a fundamental freedom from physical restraint in a substantive due process inquiry. this freedom is cental to the 14 amendments intent to prevent government from abusing its power or employing it as an instrument of oppression Davidson v cannon 474 as 344

without such citation & opportunity wants all the attributes of a Judical determination it is Judical usurpation & oppression, & can never be upheld where Justice is Justly administered

in closing whether it could educated ability to comprehend Law or desire to exercase liberty right, fact is the constitutional covers these & the absence of defense in a omnibus setting that plainly adress proedural rights to due process in which substantive fairness is taken for lack of better words Judicial murder citing Holden v Hardy 169 us 366 389

let us suppose the extreme case of a prisoner charged with a capital offense who is deaf & dumb, illeterate & feeble minded unable to employ counsel with the whole power of the state arrayed against him (proscuted by counsel) for (*effective counsel*) for his defense tried, convicted & sentenced

to death such a result, which if carried into execution would be little short of judical murder it cannot be doubted would be a gross violation of the guarantee of due process of law & we venture to think that no appellate court, state or Federal, would hesitate so to decided

there is no good reason for the violation of procedural due process which is federal Law & constitutional rights, even in the prime of covid to violate the right of simple presence & right to be heard when procedural safeguards such as

the acts of peirce county violated the eighth amendment, fourteeth amendmendment due process clause, equal protection clause, & sixth amendment right to affective counsel ( The defendent are seeking 10 million in damages from begining of covid till now

Washington Reopened June 30 2021
Mask Mandates lifted feb 18 2022

Inmate Name DeShawne Johnson
Booking Number #2023026028
Pierce County Sheriff's Department
910 Tacoma Ave S
TACOMA WA 98402-2104

TACOMA WA 983
OLYMPIA WA
3 APR 2023 PM 2 L

United district Court
700 Stewart St. Suite 2310
Seattle wa 98101

98101-444285

FILED
LODGED
RECEIVED

APR 05 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

---

Inmate Name DeShawne Johnson
Booking Number #2023026028
Pierce County Sheriff's Department
910 Tacoma Ave S
TACOMA WA 98402-2104

TACOMA WA 983
OLYMPIA WA
3 APR 2023 PM 2 L

United district Court
700 Stewart St Suite 2310
Seattle wa 98101

98101-444285

FILED
LODGED
RECEIVED MAIL

APR 05 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY