UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DeSHONNE UCERY JOHNSON,<br><br>               Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY JUDICIAL SYSTEM,<br><br>               Defendant. | Case No. C23-5287-JCC-MLP<br><br>REPORT AND RECOMMENDATION |

Plaintiff is confined at the Pierce County Jail in Tacoma, Washington. On April 5, 2023, Plaintiff submitted to this Court for filing a civil rights complaint in which he alleged claims related to his ongoing criminal proceedings in Pierce County Superior Court. (*See* dkt. # 1.) Plaintiff failed to submit with his complaint either the requisite filing fee or an application to proceed with this action *in forma pauperis* ("IFP"). Plaintiff also failed to sign and date his complaint. Thus, on April 6, 2023, the Clerk sent Plaintiff a letter advising him of these deficiencies and explaining that he would have to correct the deficiencies by May 8, 2023, or risk dismissal of this action. (Dkt. # 3.)

To date, Plaintiff has taken no steps to correct the deficiencies identified by the Clerk. As Plaintiff has had ample time to correct the identified deficiencies, but has failed to do so, this

REPORT AND RECOMMENDATION - 1

Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 23, 2023**.

DATED this 30th day of May, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2