THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DeSHONNE UCERY JOHNSON,<br><br>                  Plaintiff,<br><br>     v.<br><br>PIERCE COUNTY JUDICIAL SYSTEM,<br><br>                  Defendant. | CASE NO. C23-5287-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation, (Dkt. No. 4), of the Honorable Michelle L. Peterson, United States Magistrate Judge, the remaining record, and there being no timely objection, hereby finds and ORDERS:

(1)     The Court ADOPTS the report and recommendation (Dkt. No. 4);

(2)     This action is DISMISSED without prejudice for failure to prosecute;

(3)     The Clerk is DIRECTED to send copies of this Order to Plaintiff and to Judge Peterson.

//

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION
C23-5287-JCC
PAGE - 1

1  DATED this 23rd day of June 2023.

2

3

4

5  John C. Coughenour
   UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION
C23-5287-JCC
PAGE - 2